

**Drohan Lee**

March 18, 2024

**VIA ECF**
Hon. Jennifer E. Willis
United States Courthouse
40 Foley Square
New York, NY 10007

Vivian Rivera Drohan
T: (212)710-0004
vdrohan@dlkny.com

*Admitted in New York
District of Columbia

> This request is GRANTED and the proposed briefing schedule is adopted. SO ORDERED.
>
> *Jennifer E. Willis*
> Jennifer E. Willis
> United States Magistrate Judge
>
> March 19, 2024

Re:   *S.S.(1) et al., v. N.Y.C Dep't of Educ.,* 23-cv-8913 (MMG)(JW)

Dear Judge Willis:

We represent Defendant in the above-referenced action, wherein Plaintiff seeks attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, *et seq*. ("IDEA"), as well as for this action.

Defendant writes to respectfully request the adjournment, *sine die*, of the Initial Case Management Telephone Conference scheduled before your Honor on April 15, 2024, at 10:30 AM. Plaintiff consents to this request. This is the first request for an adjournment. We note that this is a fees-only claim without the need for discovery and liability is not an issue. The requested adjournment will give the parties time to continue settlement negotiations, hopefully reaching an agreement. In the event this matter is not resolved through settlement, the parties propose the briefing schedule below:

- Plaintiff's motion for summary judgment will be due on May 1, 2024.
- Defendant's opposition will be due on May 29, 2024.
- Plaintiff's reply will be due on June 26, 2024.

Accordingly, Defendant respectfully requests that the Court adjourn the Initial Case Management Telephone Conference *sine die* and the parties propose the briefing schedule above in the event this matter is not resolved through settlement.

Thank you for considering this submission.

Respectfully submitted,

*/s/ Vivian Rivera Drohan*
Vivian Rivera Drohan, Esq.

cc: Francesca Antorino, Esq.
Andrew K. Cuddy, Esq.