**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
S.S. (1), Individually and on Behalf of S.S. (2), a Minor,

                        Plaintiffs,

      -against-                                          23 **CIVIL** 8913 (MMG)

                                                              **JUDGMENT**

NEW YORK CITY DEPARTMENT OF EDUCATION,

                        Defendant.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 6, 2025, the Court has OVERRULED Plaintiffs' objections to the R&R and has ADOPTED the R&R in full. Judgment is entered in favor of Plaintiffs in the amount of $36,433.40, consisting of $23,208.80 in attorney's fees incurred in the underlying administrative proceeding, $12,638.00 in attorney's fees incurred in the instant federal action, $586.60 in costs, plus post-judgment interest; accordingly, the case is closed.

**Dated:** New York, New York

          March 7, 2025

                                                        **TAMMI M. HELLWIG**
                                                          **Clerk of Court**

                             **BY:**         *K. Mango*

                                                           **Deputy Clerk**